FILED'06 DEC 07 12:56USDC-ORP

Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summer town, TN 38483
Telephone: (931) 964-3123
Fax: (931) 964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| AIMEE E. NELSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JO ANNE B. BARNHART<br>Commissioner of Social Security,<br><br>　　　　Defendant. | CV 05-6327-KI<br><br><br>ORDER FOR ATTORNEY FEES |

Based upon the stipulation of the parties, the Commissioner is ordered to pay $5635.99 for Equal Access to Justice Act (EAJA) attorney fees to Plaintiff in care of Plaintiff's attorney . No costs are awarded to either party..

It is so ordered:

DATED  12-6-06

*/s/ Marsh*
United States District Judge

Prepared as to form

/s/   Alan Graf
Attorney for Plaintiff